**NOT FOR PUBLICATION**
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**

MAY 23 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| JOSE TELLO-RESENDIZ, AKA Jose Resendiz Tello, <br><br>         Petitioner, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General, <br><br>         Respondent. | No.   17-72587 <br><br> Agency No. A088-894-044 <br><br> MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 21, 2019**

Before: THOMAS, Chief Judge, FRIEDLAND and BENNETT, Circuit Judges.

Jose Tello-Resendiz, a native and citizen of Mexico, petitions for review of

the Board of Immigration Appeals' ("BIA") order denying his motion to reopen.

We dismiss the petition for review.

We lack jurisdiction to review the BIA's denial of Tello-Resendiz's motion

---

\*     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

to reopen because the new evidence he presented concerns similar hardship grounds previously relied upon to support his application for cancellation of removal. *See Garcia v. Holder*, 621 F.3d 906, 911 (9th Cir. 2010) (this court's jurisdiction to review the BIA's denial of a motion to reopen is limited to cases in which petitioner presents new evidence that "is so distinct from that considered previously as to make the motion to reopen a request for new relief itself, rather than for reconsideration of a prior denial" (citation and internal quotation marks omitted)).

**PETITION FOR REVIEW DISMISSED.**